E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JAMES KI, WSBN 42978
Special Assistant United States Attorney
  Social Security Administration
  Office of the General Counsel
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (212) 264-2435
  E-mail: james.ki@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CELENA RENEE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-CV-04437-E<br><br>[~~PROPOSED~~]<br>**ORDER AWARDING EAJA FEES** |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of $6,600.00 and no costs, subject to the terms of the stipulation.

DATED: 10/15/24

_____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE